1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO BENAVIDEZ, | ) Case No. CV 14-2873-VBF (JPR) |
| Plaintiff, | ) |
| vs. | ) ORDER ACCEPTING FINDINGS AND<br>) RECOMMENDATIONS OF U.S.<br>) MAGISTRATE JUDGE |
| CAROLYN W. COLVIN, Acting<br>Commissioner of Social<br>Security, | ) |
| Defendant. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Joint Stipulation, Administrative Record, and all other records on file, as well as the Report and Recommendation of U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed.

Having reviewed the record, the Court concurs with and accepts the Magistrate Judge's recommendations. IT THEREFORE IS

1

ORDERED that judgment be entered affirming the decision of the Commissioner and entering judgment in her favor.

DATED: June 17, 2015

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
U.S. DISTRICT JUDGE